UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr3786 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Order Granting Joint Motion to Continue |
| | ) | Change of Plea Hearing Date |
| GABRIEL MORENO-GUTIERREZ, | ) | [Docket No. 10] |
| | ) | |
| Defendants. | ) | |

Upon the joint motion of counsel and for good cause being shown, the Change of Plea hearing currently scheduled before Judge Miller on November 14, 2008 is hereby continued to ***2:00 p.m. on November 21, 2008*** in Courtroom 16, unless the matter can be scheduled before the Magistrate Judge.

IT IS SO ORDERED.

DATED:  November 12, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

1

08cr3786